# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2014

*The Court of Appeals hereby passes the following order:*

**A15I0018.  PINNACLE BANK v. THE RETREAT PARTNERS, LLC, et al.**

On August 12, 2014, the trial court entered an order denying Pinnacle Bank's motion for summary judgment.  On August 19, the court certified its order for immediate review.  Pinnacle Bank, however, did not file this application for interlocutory appeal until September 2, 2014.  We lack jurisdiction because the application is untimely.

Pursuant to OCGA § 5-6-34 (b), an interlocutory application must be filed with this Court within ten days of the date a timely certificate of immediate review is entered below.  *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995). Here, Pinnacle Bank filed its application 14 days after entry of the certificate of immediate review.  Accordingly, it is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/29/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*